UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 05646
   HAROLD L CURINGTON JR
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
       Debtor
   SSN XXX-XX-7052
```

---
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/10/08 .

2. The case was dismissed without confirmation, 09/05/2008.

3. The Debtor paid a total of $ 4914.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| IRWIN HOME EQUITY | SECURED | .00 | .00 | .00 |
| IRWIN HOME EQUITY | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| SILVERLEAF RESORTS | SECURED | .00 | .00 | .00 |
| GEMB | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | 1200.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 1200.00 | .00 | .00 | .00 | 1200.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1200.00 | .00 | .00 | .00 | 1200.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $ 3500.00 and was paid $ 910.00 direct and $ 2590.00 through the plan.

The Trustee received $ 233.36 .

Refunds to the Debtor totaled $ 890.64 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                              PAGE   2
          CASE NO. 08 B 05646 HAROLD L CURINGTON JR